# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 11/29/2011 |
| Case: 11−49451 | Form ID: ODSC7fi | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Wells Fargo Bank, NA

                                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
- ust    Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
- tr    Tevis Thompson    tevisch7trustee@sbcglobal.net
- aty    Erin L. Laney    ecfcanb@piteduncan.com
- aty    Jason B. Cline    jake@maxcline.com
- aty    Max Cline    max008120@yahoo.com
- aty    Melanie C. Brown    melanie@maxcline.com
- aty    Todd S. Garan    ecfcanb@piteduncan.com

                                         TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db    Scott Patrick Jenkins    3050 Shiles Loop    Brentwood, CA 94513
- cr    Wells Fargo Home Mortgage    Pite Duncan, LLP    4375 Jutland Drive    Ste 200    PO Box 17933    San Diego, CA 92177
- smg    Labor Commissioner    1515 Clay St.    Room 801    Oakland, CA 94612
- smg    State Board of Equalization    Collection Dept.    P.O. Box 942879    Sacramento, CA 94279
- smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001
- smg    CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952
- 12130649    Ally Financial    200 Renaissance Ctr    Detroit, MI 48243
- 12130650    Bank Of America    Po Box 17054    Wilmington, DE 19850
- 12130651    Bureau of Collection Recovery, Inc.    Department #1456    P.O. Box 1259    Oaks, PA 19456
- 12130652    Capital One, N.a.    Bankruptcy Dept    Po Box 5155    Norcross, GA 30091
- 12130653    Chase    Po Box 15298    Wilmington, DE 19850
- 12130654    Citibank Sd, Na    Attn: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195
- 12130655    Contra Costa County Tax Collector    PO Box 631    Martinez, CA 94553
- 12130656    Employment Development Department    PO Box 277250    Sacramento, CA 95827−7250
- 12130657    First Data    1307 Walt Whitman Rd    Melville, NY 11747
- 12130658    Franchise Tax Board    PO Box 2952    Sacramento, CA 95812
- 12130659    Internal Revenue Service    Insolvency, Mail Stop 1400S    1301 Clay St.    Oakland, CA 94612−5210
- 12130660    Jaguar Credit    Po Box 111897    Nashville, TN 37222
- 12130661    Lagunamar Ocean Resort Property Assn    PO Box 105268    Atlanta, GA 30348−5268
- 12130662    NCO Financial Systems Inc.    507 Prudential Rd.    Horsham, PA 19044
- 12130663    PS Business Parks    4200 North Freeway Blvd, Ste 1A    Sacramento, CA 95834
- 12130664    Starwood Vacation Owne    9002 San Marco Ct    Orlando, FL 32819
- 12130665    USCB Incorporated    Kaiser Permanente    P.O. Box 74929    Los Angeles, CA 90004
- 12130666    Verizon Wireless    7000 Central Ave SW    Albuquerque, NM 87121
- 12130667    Victoria's Secret    Po Box 182124    Columbus, OH 43218
- 12130668    Wells Fargo Bank Nv Na    Po Box 31557    Billings, MT 59107
- 12130669    Wells Fargo Hm Mortgag    Po Box 10335    Des Moines, IA 50306

                                         TOTAL: 27